35 F.3d 568
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
James KUBIK, Petitioner-Appellant,
v.
George C. WELBORN, Respondent-Appellee.
 No. 94-1109.
 United States Court of Appeals, Seventh Circuit.
 Argued Aug. 2, 1994.
Decided Aug. 16, 1994.
 
 Before COFFEY, EASTERBROOK and ROVNER, Circuit Judges.
 
 ORDER
 
 1
 For the reasons stated by the district court, the judgment is
 
 
 2
 AFFIRMED.